No. 04-01-00735-CR



Bradley KING,


Appellant



v.



The STATE of Texas,


Appellee



From the 175th Judicial District Court, Bexar County, Texas


Trial Court No. 2000-CR-1961-B


Honorable Mary Roman, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: July 24, 2002


MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 Appellant filed a motion to dismiss his appeal. The motion is granted, and this appeal is
dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH